IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERRY L. ANDERSON,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　Case No.  13-cv-792-slc

JUDY P. SMITH,

    Respondent.

    This action came before the court for consideration with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the federal habeas corpus petition filed by Jerry L. Anderson and dismissing this case with prejudice.

| /s/ | 11/17/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |